I. Tanenbaum Son & Co., Respondent, *v.* Hygrade Dye Works, Inc., Appellant.

(Argued April 6, 1931; decided May 12, 1931.)

*I. Maurice Wormser* and *Benjamin W. Goldberg* for appellant.

*Charles A. Houston* and *Meyer Halff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not voting: Cardozo, Ch. J.